UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

IN RE:  CASE NO.: 21-12338 RAM

The Alpha House, Inc.

Chapter 11

Debtor
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Administrative Order 05-1, the Debtor-in-Possession, The Alpha House, Inc., files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

| | |
|---|---|
| 1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): | March 11, 2021 |
| 2. Names, case numbers and dates of filing of related debtors | None |
| 3. Description of debtor's business: | Hotel |
| 4. Locations of debtor's operations and whether the business premises are leased or owned: | 6945 Abbott Ave<br>Miami Beach, FL 33141 |
| 5. Reasons for filing chapter 11: | COVID 19 reduction of income combined with increase in debt |
| 6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: | Matthieu Moumadi<br>Been salary free for over one year |
| 7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: | Gross income 2021 $65,000.00 approximately |
| 8. Amounts owed to various creditors:<br>   a. Obligations owed to priority creditors including priority tax obligations:<br>   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and<br>   c. Amount of unsecured claims: | a. Priority $75,000.00 approximately<br><br>b. Secured $2,131,368.70<br><br><br><br><br><br>c. Unsecured $399,423.88 |

CASE NO.: 21-12338 RAM
Page 2

| | |
|---|---|
| 9. General description and approximate value of the debtor's assets: | Real property valued between $3,500,000 to $3,700,000<br>Personalty on premises being valued by appraiser |
| 10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires; | Flood . . . . . . . . . . . . . . . . . . . . . . $145,000.00<br>Wright International Insur Co.<br>Policy # 09 1151253684<br>Due June 2021<br><br>Flood . . . . . . . . . . . . . . . . . . . . . . $500,000.00<br>Wright International Insur Co.<br>Policy # 09 1151253686<br>Due May 29, 2021<br><br>Liability . . . . . . . . . . . . . . . . . . . $920,804.00<br>Llyod's of London<br>(includes wind)<br>Policy#: B1180D200825/13024SP<br>Due Feb 11, 2022 |
| 11. Number of employees and amounts of wages owed as of petition date: | Three |
| 12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): | Current on petition date |
| 13. Anticipated emergency relief to be requested within 14 days from the petition date | a. Application to employ counsel<br>b. Application to employ Accountant<br>c. Application to employ realtor<br>d. Motion for use of cash collateral |
| | |

Signature

Matthieu Mamoudi
NAME OF CORPORATE REPRESENTATIVE

Robert C. Meyer
Attorney for Debtor
2223 Coral Way
Miami, FL 33145
Florida Bar: 436062

CASE NO.: 21-12338 RAM
Page 2

| | |
|---|---|
| 9. General description and approximate value of the debtor's assets: | Real property valued between $3,500,000 to $3,700,000<br>Personalty on premises being valued by appraiser |
| 10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires; | Flood . . . . . . . . . . . . . . . . . . . . . . . $145,000.00<br>Wright International Insur Co.<br>Policy # 09 1151253684<br>Due June 2021<br><br>Flood . . . . . . . . . . . . . . . . . . . . . . . $500,000.00<br>Wright International Insur Co.<br>Policy # 09 1151253686<br>Due May 29, 2021<br><br>Liability . . . . . . . . . . . . . . . . . . . . $920,804.00<br>Llyod's of London<br>(includes wind)<br>Policy#: B1180D200825/13024SP<br>Due Feb 11, 2022 |
| 11. Number of employees and amounts of wages owed as of petition date: | Three |
| 12. Status of debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): | Current on petition date |
| 13. Anticipated emergency relief to be requested within 14 days from the petition date | a. Application to employ counsel<br>b. Application to employ Accountant<br>c. Application to employ realtor<br>d. Motion for use of cash collateral |
| | |

_____
Signature

Matthieu Mamoudi
NAME OF CORPORATE REPRESENTATIVE

Robert C. Meyer
Attorney for Debtor
2223 Coral Way
Miami, FL 33145
Florida Bar: 436062

## Certificate of Service

  I HEREBY CERTIFY that a true and correct copy of this document was served upon all listed below via CM/ECF on March 17, 2021 upon the parties on the attached list.

*Robert C. Meyer*
Robert C. Meyer
Florida Bar Number: 436062

Y:\Clients\13039\BKC\Cash Management SUmmary.wpd